

## NUMBER 13-20-00092-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**EDUARDO BARRIENTOS,**                                                    **Appellant,**

**v.**

**JACOBS ENGINEERING GROUP, INC.,**                                        **Appellee.**

---

**On appeal from the 444th District Court
of Cameron County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Hinojosa**

Appellant, Eduardo Barrientos, filed a notice of appeal on February 10, 2020. On February 27, 2020, the clerk notified appellant no filing fee had been received by the court and the appeal would be dismissed if a filing fee was not paid within ten days. *See* TEX. R. APP. P. 42.3(c). Additionally, on March 9, 2020, the clerk instructed appellant to provide proof of arrangements or of payment for the trial clerk's record to the court within ten days

or this appeal is subject to dismissal for want of prosecution. Appellant failed to respond to either notices, and the court has not received payment of the filing fee.

The Court, having considered the documents on file and appellant's failure to pay the filing fee, is of the opinion the appeal should be dismissed. *See id.* R. 42.3(b),(c). Accordingly, the appeal is DISMISSED for want of prosecution.

LETICIA HINOJOSA
Justice

Delivered and filed the
30th day of April, 2020.

2